STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2000

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00 00038 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1702] |
| HENRY REYES, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about January 12, 1996, in the District of Hawaii, Defendant HENRY REYES did take, open, secrete, and embezzle letters, postal cards and packages which had been in a post office and authorized depository for mail matter before the letters, postal cards and packages had been delivered to the persons to whom they were directed with the design to pry into

the business and secrets of another, in violation of Title 18, United States Code, Section 1702.

DATED: _Jan 27_, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. HENRY REYES
"Indictment"

2